# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BROOKWOOD FUNDING, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>AVANT CREDIT CORPORATION, AVANTCREDIT OF GEORGIA, LLC, & DOES 1-10,<br><br>     Defendants. | 1:14-cv-2960-SCJ |

## CONSENT MOTION TO ENLARGE TIME

**COME NOW** Defendants Avant Credit Corporation and AvantCredit of Georgia, LLC (collectively, "Defendants"), with the consent of Plaintiff Brookwood Funding, LLC ("Plaintiff"), and move the Court to enlarge the time in which Defendants are required to file their answers or otherwise respond to Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

1.      Plaintiff filed its Complaint on September 15, 2014.

2.      Defendants were served with process on September 18, 2014.

3.      The parties are currently engaged in good faith discussions to resolve this matter without further litigation. Defendants thus seek to enlarge the time in which they are required to file their answers, or otherwise respond to Plaintiff's Complaint, through and including October 29, 2014.

1

36730873.2

4. Plaintiff does not oppose this motion and consents to the requested enlargement of time.

A proposed order granting this Motion is filed herewith.

**WHEREFORE**, Defendants request that the Court enlarge the time in which Defendants are required to file their answers, or otherwise respond to Plaintiff's Complaint, through and including October 29, 2014.

Respectfully submitted October 8, 2014.

                                        CARLTON FIELDS JORDEN BURT, P.A.

                                        /s/ Brooke L. French
                                        Brooke L. French
                                        Georgia Bar No. 449989
                                        1201 West Peachtree Street, N.W.
                                        Suite 3000
                                        Atlanta, Georgia 30309
                                        Phone: (404) 815-2704
                                        Fax: (404) 815-3415
                                        bfrench@cfjblaw.com
                                        *Attorney for Defendants*

36730873.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Joseph D. Wargo
>Ryan D. Watstein
>WARGO & FRENCH LLP
>999 Peachtree Street, N.E.
>26th Floor
>Atlanta, Georgia 30309
>Phone: (404) 853-1500
>Fax: (404) 853-1501
>jwargo@wargofrench.com
>watstein@wargofrench.com
>*Attorneys for Plaintiff*

>/s/ Brooke L. French
>Brooke L. French
>Georgia Bar No. 449989
>*Attorney for Defendants*

36730873.2