# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BROOKWOOD FUNDING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AVANT CREDIT CORPORATION, AVANTCREDIT OF GEORGIA, LLC, & DOES 1-10,<br><br>    Defendants. | 1:14-cv-2960-SCJ |

## ORDER

This matter is before the Court on Defendants' Consent Motion to Enlarge Time. Defendants Avant Credit Corporation and AvantCredit of Georgia, LLC (collectively, "Defendants") seek enlargement of the time in which they are required to file their answers, or otherwise respond to the Complaint filed in this matter. Plaintiff Brookwood Funding, LLC ("Plaintiff") consents to the granting of the motion. The Court finding good cause to do so,

**IT IS HEREBY ORDERED** that the Consent Motion to Enlarge Time is **GRANTED**. The deadline for Defendants to file their answers, or otherwise respond to Plaintiff's Complaint, is extended through October 29, 2014.

**SO ORDERED** this 9th day of October, 2014.

                                            s/Steve C. Jones
                                            HONORABLE STEVE C. JONES
                                            UNITED STATES DISTRICT JUDGE