# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **BROOKWOOD FUNDING, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AVANT CREDIT CORPORATION, AVANTCREDIT OF GEORGIA, LLC, & DOES 1-10,**<br><br>**Defendants.** | **1:14-cv-2960-SCJ** |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COME NOW** Defendants Avant Credit Corporation and AvantCredit of Georgia, LLC (collectively, "Defendants") and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of this Court's Local Civil Rules, submit their Certificate of Interested Persons and Corporate Disclosure Statement.

(1)     The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

        (a)     Brookwood Funding, LLC ("Plaintiff"):  Defendants are not aware of any parent corporation of Plaintiff or of any publicly

held corporation that owns 10% or more of the stock of Plaintiff.

(b)     Avant Credit Corporation:  Avant Credit Corporation does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

(c)     AvantCredit of Georgia, LLC:  Avant Credit Corporation owns 100% of AvantCredit of Georgia, LLC.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:  Defendants are not aware of any such persons or entities.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a)     Defendants are represented by Jami A. Gekas, of Foley & Lardner LLP and Brooke L. French, of Carlton Fields Jorden Burt, P.A.

(b)     Plaintiff is represented by Joseph D. Wargo and Ryan D. Watstein, of Wargo & French LLP.

2

Respectfully submitted December 3, 2014.

/s/ Jami A. Gekas
Jami A. Gekas (admitted pro hac vice)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
Phone: (321) 832-5191
Fax: (312) 832-4700
Email: jgekas@foley.com

Brooke L. French
Georgia Bar No. 449989
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street, N.W.
Suite 3000
Atlanta, Georgia 30309
Phone: (404) 815-2704
Fax: (404) 815-3415
Email: bfrench@cfjblaw.com

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENTS

Pursuant to LR 7.1D, I hereby certify the foregoing has been prepared using 14-point Times New Roman font, as approved by LR 5.1B.

/s/ Jami A. Gekas
Jami A. Gekas
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Joseph D. Wargo
Ryan D. Watstein
WARGO & FRENCH LLP
999 Peachtree Street, N.E.
26th Floor
Atlanta, Georgia 30309
Phone: (404) 853-1500
Fax: (404) 853-1501
jwargo@wargofrench.com
watstein@wargofrench.com
*Attorneys for Plaintiff*

/s/ Jami A. Gekas
Jami A. Gekas
*Attorney for Defendants*

4