# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BROOKWOOD FUNDING, LLC,** | |
| **Plaintiff,** | |
| v. | Civil Action |
| **AVANT CREDIT CORPORATION, AVANTCREDIT OF GEORGIA, LLC, & DOES 1-10,** | File No. 1:14-cv-2960-SCJ |
| **Defendants.** | |

## JOINT MOTION TO STAY

**COME NOW** Plaintiff Brookwood Funding, LLC ("Brookwood") and Defendants Avant Credit Corporation and AvantCredit of Georgia, LLC (collectively with Brookwood, "the Parties"), and jointly move this Honorable Court for an Order staying all case deadlines for 60 days. In support of their motion, the Parties state as follows:

1. The Parties have agreed to terms to resolve this dispute without further litigation and are working to prepare a settlement agreement to memorialize those terms.

2. In the interim, certain case deadlines have been set.

3. The requested stay will provide the Parties time to memorialize their agreement without the expense of further litigation.

102085580.1

4. A proposed order granting this Motion is filed herewith.

**WHEREFORE**, the Parties jointly request the Court enter an Order staying all case deadlines for 60 days, through and including November 13, 2015.

Respectfully submitted this 14th day of September , 2015.

| | |
|---|---|
| /s/ *Ryan D. Watstein* | /s/ *Gail Podolsky* |
| Joseph D. Wargo | Brooke L. French |
| Georgia Bar No. 738764 | Georgia Bar No. 449989 |
| jwargo@wargofrench.com | Gail Podolsky |
| Ryan D. Watstein | Georgia Bar No. 142021 |
| Georgia Bar No. 266019 | CARLTON FIELDS JORDEN BURT, P.A. |
| rwatstein@wargofrench.com | 1201 West Peachtree Street, N.W. |
| 999 Peachtree Street NE | Suite 3000 |
| 26th Floor | Atlanta, Georgia 30309 |
| Atlanta, GA 30309 | Phone: (404) 815-2714 |
| Phone: (404) 853-1500 | Fax: (404) 815-3415 |
| Fax: (404) 853-1501 | gpodolsky@cfjblaw.com |
| | bfrench@cfjblaw.com |
| *Attorneys for Plaintiff* | |
| | Jami A. Gekas |
| | Aaron J. Weinzierl |
| | FOLEY & LARDNER LLP |
| | 321 North Clark Street, Suite 2800 |
| | Chicago, Illinois 60654 |
| | Phone: (321) 832-5191 |
| | Fax: (312) 832-4700 |
| | Email: jgekas@foley.com |
| | aweinzierl@foley.com |
| | |
| | Laura Ganoza |
| | FOLEY & LARDNER LLP |
| | One Biscayne Tower |
| | 2 South Biscayne Blvd., Ste. 1900 |
| | Miami, Florida 33131 |

Phone: (305) 482-8409
Fax: (305) 482-8600
Email: lganoza@foley.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Joseph D. Wargo, Esq.
>Ryan D. Watstein, Esq.
>WARGO & FRENCH LLP
>999 Peachtree Street, N.E.
>26th Floor
>Atlanta, Georgia 30309
>Phone: (404) 853-1500
>Fax: (404) 853-1501
>jwargo@wargofrench.com
>rwatstein@wargofrench.com
>*Attorneys for Plaintiff*

/s/ *Gail Podolsky*
*Attorney for Defendants*