IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BROOKWOOD FUNDING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AVANT CREDIT CORPORATION, AVANT CREDIT OF GEORGIA, LLC, & DOES 1-10, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:14-CV-2960-SCJ |

## ORDER

This matter is before the Court on the parties' joint motion to stay all case deadlines for 60 days [Doc. No. 31]. Therein, the parties advise the Court that a settlement has been reached and the parties wish to avoid any further cost of litigation as they work to memorialize the terms of the agreement.

The parties' motion is hereby **GRANTED**. It is **FURTHER ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 15th day of September, 2015.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE